IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA        *

    vs.                            * CRIMINAL NO. 17-00104-KD-N

JONATHAN DAVID PUCKETT          *

    Defendant.                     *

REPORT AND RECOMMENDATION

On July 25, 2017, the Defendant, Jonathan David Puckett, along with Tim Fleming, Esq., his counsel of record, appeared before the undersigned United States Magistrate Judge to enter a change of plea pursuant to a written plea agreement. Defendant consented to have his plea taken by the undersigned. Assistant United States Attorney Sean Costello was present for the government at the change of plea hearing.

The Court explained to Defendant the nature of the charges against him, the maximum penalties applicable, his constitutional rights, the Sentencing Guidelines, and that the District Judge would not be bound by any agreement of the parties as to the penalty imposed.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Federal Rule of Criminal Procedure 11, the undersigned determined that the guilty plea was knowing and voluntary as

to each count and that the offense charged is supported by an independent and factual basis containing each of the essential elements of such offense. Based on the foregoing, it is the recommendation of the undersigned that the plea of guilty be accepted, that a presentence investigation and report be prepared, and that the Defendant be adjudicated guilty and have sentence imposed accordingly.

The matter is hereby scheduled for sentencing on **October 13, 2017 at 1:30 p.m.** before Chief United States District Judge Kristi K. DuBose.

DONE this the 9th day of August 2017.

/s/ Katherine P. Nelson
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE**

The failure to file a written objection to this Report and Recommendation within fourteen (14) days from the date of service shall bar an aggrieved party from challenging this Report and Recommendation before the assigned United States District Judge.  28 U.S.C. 636 (b)(1)(B).